ACCEPTED
06-17-00229-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/5/2018 2:19 PM
DEBBIE AUTREY
CLERK

## No. 06-17-0229-CR

| | | |
|---|---|---|
| **ANTHONY WILSON, JR.,** | § | **IN THE SIXTH DISTRICT** |
| *Appellant* | § | |
| | § | |
| **VS.** | § | **COURT OF APPEALS** |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| *Appellee* | § | **OF THE STATE OF TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/5/2018 2:19:59 PM
DEBBIE AUTREY
Clerk

### NOTICE OF APPEARANCE

Appellant, Anthony Wilson, Jr., designates Troy Hornsby as his counsel on appeal to the Sixth District Court of Appeals.

1.      Appellant, Anthony Wilson, Jr., filed a notice of appeal on December 20, 2017.

2.      The Trial court appointed Troy Hornsby as appellate counsel in this matter on January 4, 2018.   A copy of that order is attached hereto as exhibit "A."

3.      Appellant, under the authority of Texas Rule of Appellate Procedure 6.1(c) designates Troy Hornsby as counsel for this appeal.

4.      The necessary information for Troy Hornsby is as follows:

Texas Bar No. 00790919
*Miller, James, Miller & Hornsby, L.L.P.*
1725 Galleria Oaks Drive
Texarkana, Texas 75503
troy.hornsby@gmail.com
Telephone: 903-794-2711
Facsimile:   903-792-1276

5.      For these reasons, Appellant, Anthony Wilson, Jr., asks the Court to instruct the clerk of this court to change the records to reflect that Troy Hornsby is counsel for Appellant, Anthony Wilson, Jr., in this case on appeal.

DATED this 5th day of January,  2018.

Respectfully submitted,

*Miller, James, Miller & Hornsby, L.L.P.*

By: _____
Troy Hornsby
Texas Bar No. 00790919

1725 Galleria Oaks Drive
Texarkana, Texas 75503
troy.hornsby@gmail.com
903.794.2711, f. 903.792.1276

Attorneys for Appellant
Anthony Wilson, Jr.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing *Notice of Appearance* has this 5th day of January, 2018, been forwarded by the United States Postal Service regular mail to the following:

**Appellant**
Anthony Wilson, Jr.
Bi-State Justice Building
100 N. State Line Ave.
Texarkana, Texas 75501

**State's Attorney**
Kelley Crisp
Bowie County District Attorney's Office
601 Main Street
Texarkana, Texas 75501

**Trial Court Judge**
Honorable Bobby Lockhart
102nd District Court
100 N. State Line Ave.
Texarkana, Texas 75501

**Defendant's Trial Attorney**
Derric S. McFarland
McFarland Law Office
P.O. Box 1048
Texarkana, Texas 75504-1048

_____
Troy Hornsby

NO: **16F0386-102**

STATE OF TEXAS                  IN THE DISTRICT COURT

VS                                        OF

**ANTHONY WILSON, JR.**            BOWIE COUNTY, TEXAS

## ORDER APPOINTING ATTORNEY ON APPEAL

On this the **4th,** day of **January**, **2018**, it is **ORDERED** that **TROY HORNSBY, 1725 GALLERIA OAKS DRIVE, TEXARKANA, TEXAS 75503,** practicing attorney of this Court be and he is hereby appointed to represent the Defendants in the above referenced causes for the purpose of **APPEAL.**

SIGNED AND ENTERED this **4th** day of **January 4th, 2018**.

_Bobby Lockhart_
JUDGE PRESIDING